TIPTON *v.* CUMMINS.—In error.

THE amending of a declaration in debt by inserting the amount of damages claimed, does not entitle the defendant to a continuance.

The plaintiff cannot take a judgment by *nil dicit*, if the general issue be on file. *Harris* v. *The M. M. Co.*, 4 Blackf. 267.